UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUIRY ALCANTARA,

                  Petitioner,

        -against-

KEYSER,

                  Respondent.

ORDER

20 Civ. 3079 (ER)

EDGARDO RAMOS, United States District Judge:

      Petitioner, proceeding *pro se*, brings this petition for a writ of *habeas corpus*. Doc. 1. The Court having received notice that petitioner's filing fee has been processed, the Clerk of Court is respectfully directed to serve a copy of the petition on the Attorney General of the State of New York and the District Attorney of Kings County. Respondents are directed to answer the petition within sixty (60) days of service; and Petitioner is directed to reply within thirty (30) days thereafter. A copy of this Order will be mailed to Petitioner. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

      It is SO ORDERED.

Dated:  May 22, 2020
            New York, New York

                                            EDGARDO RAMOS
                                            United States District Judge