UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUIRY ALCANTARA,<br><br>                    Petitioner,<br><br>          -against-<br><br>KEYSER,<br><br>                    Respondent. | ORDER<br><br>20 Civ. 3079 (ER) |

**EDGARDO RAMOS**, United States District Judge:

    The referral to Magistrate Judge Fox, Doc. 8, is hereby withdrawn.

    It is SO ORDERED.

Dated:   June 22, 2020
            New York, New York

                                                          EDGARDO RAMOS
                                                          United States District Judge