UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUIRY ALCANTARA,<br><br>                Petitioner,<br><br>      -against-<br><br>KEYSER,<br><br>                Respondent. | 20 Civ. 3079 (ER)<br><br>ORDER |

**EDGARDO RAMOS**, United States District Judge:

       The Court is in receipt of Petitioner's letter requesting to stay his case for 180 days so that he may exhaust his claim in state court. Doc. 10. The application is GRANTED. Petitioner is directed to inform the Court in 180 days of the status of his state court action and whether the stay may be lifted.

       It is SO ORDERED.

Dated:   June 25, 2020
              New York, New York

                                                   EDGARDO RAMOS
                                             United States District Judge