# MEMO ENDORSED



| | |
|---|---|
| | The request is granted.  The Clerk of Court is respectfully directed to mail a copy of this order to the petitioner. |
| | SO ORDERED: |
| | _____ |
| | HON. EDGARDO RAMOS |
| | UNITED STATES DISTRICT JUDGE |
| | December 13, 2021 |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

CRIMINAL APPEALS AND
FEDERAL HABEAS CORPUS BUREAU

December 13, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Alcantara v. Keyser*,
1:20-CV-3079 (ER)

Your Honor:

I represent the respondent in this habeas corpus matter filed under 28 U.S.C. § 2254. I write to request permission to file under seal documents responding to the petition that contain sensitive information.

Petitioner seeks immediate release from prison, contending that he is at risk for suffering serious harm or death should he contract COVID-19 due to certain medical conditions. To respond to the petition, respondent has obtained information regarding petitioner's medical condition from the facility where he is incarcerated. In accordance with the Court's ECF Rules & Instructions, Section 21, Privacy and Public Access to ECF Cases, respondent requests permission to file under seal the documents in response to the petition that contain this information. A redacted copy of the same documents will be simultaneously filed on the docket.

I have not contacted Mr. Alcantara to determine his position on this request because he is incarcerated and proceeding *pro se*.

Thank you for your consideration.

Respectfully submitted,

/s/ Priscilla Steward
Priscilla Steward (PS 1931)
Assistant Attorney General
Priscilla.Steward@ag.ny.gov
(212) 416-8737

## DECLARATION OF SERVICE

**PRISCILLA STEWARD**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on December 13, 2021, she served a copy of the attached letter motion to seal, by having it mailed via the United States Postal Service to petitioner at the following address:

> Quiry Alcantara
> 08-A-1702
> Sullivan Correctional Facility
> P.O. Box 116
> Fallsburg, NY 12733-0116

> /s/ Priscilla Steward
> PRISCILLA STEWARD (PS 1931)
> 28 Liberty St., 14th Fl.
> New York, NY  10005
> Priscilla.Steward@ag.ny.gov
> (212) 416-8737

Executed on December 13, 2021