UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUIRY ALCANTARA,

                Petitioner,

– against –

WILLIAM KEYSER,

                Respondent.

**ORDER**

20-cv-03079 (ER)

RAMOS, D.J.:

    Quiry Alcantara has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 against William Keyser, a superintendent of Sullivan Correctional Facility in Fallsburg, New York (located in this District). Doc. 1. Alcantara was incarcerated at Sullivan when he filed the petition, but he has since been transferred to Wende Correctional Facility in Alden, New York (located in the Western District of New York). *See* Doc. 31.

    Accordingly, by September 20, 2024, both parties shall submit letters stating their position as to what effect, if any, Alcantara's transfer has on the Court's jurisdiction—including whether the case is moot—and who the proper respondent is.

    The Clerk of Court is respectfully directed to mail a copy of this order to Alcantara.

It is SO ORDERED.

Dated:    August 30, 2024
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.