UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUIRY ALCANTARA,

                        Petitioner,              20 **CIVIL** 3079 (ER)

     -against-                                    **JUDGMENT**

WILLIAM KEYSER,

                       Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 01, 2024, Alcantara's petition is DENIED. The Court declines to issue a certificate of appealability because Alcantara has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253. Judgment is hereby entered in favor of Keyser and the case is closed.

**DATED:** New York, New York
              October 08, 2024

                                                      **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                              **BY:**
                                                   **Deputy Clerk**